# Court of Appeals
# of the State of Georgia

ATLANTA,￰ April 05, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0642.  DIXON v. THE STATE.**

On December 20, 2012, this Court dismissed the above-captioned appeal for failure to timely file appellant's enumeration of error and appellate brief.  Appellant, through counsel, filed his motion for reconsideration on January 3, 2013 explaining that he had not received notice of the date the appeal had been docketed.  On January 7, 2013, this Court entered its remittitur of the appeal as dismissed.  Appellant filed his motion to recall the remittitur on February 13, 2013.  The appellant's motion for reconsideration was untimely filed; however, this Court's December 20 order was in error because the appellant, as represented by counsel, was entitled to notice of his right to move for an out-of-time appeal in the trial court.  Therefore, this Court's December 20 dismissal of the appeal is vacated; appellant's motion to recall the January 7 remittitur of the appeal entered thereon is granted; the order below is ordered substituted for the December 20 order; and the Clerk is ordered to enter a new remittitur of the appeal upon the order substituted for the December 20 order.

The substituted order follows:

This appeal was docketed on November 11, 2012.  As set forth in Court of Appeals Rules 22 (a) and 23 (a), an appellant must file an enumeration of error and appellate brief within 20 days of the date of docketing of the appeal.   Therefore, appellant's enumeration of error and appellate brief were due no later than December 1, 2012.  Appellant has not filed an appellate brief and enumeration of error.  Neither has he requested an extension of time in which to do so.

Accordingly, this appeal is DISMISSED because appellant's attorney failed to file a brief and enumeration of error. However, if appellant wishes to proceed with the appeal, he may have a right to an OUT-OF-TIME APPEAL provided he exercises that right by moving for an out-of-time appeal in the trial court. If the motion for an out-of-time appeal is granted and appellant requests another attorney but cannot pay, the trial court is directed to appoint another attorney to proceed with the appeal. If the trial court denies the motion for an out-of-time appeal, appellant may appeal that denial to this Court within 30 days of the trial court's decision. *Reese v. State*, 216 Ga. App. 773 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 04/05/2013
     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



                              , *Clerk.*